FILED

MAY 30 2017

CLERK U.S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re: | CASE NO.: 2:15-bk-10768-RK |
|---|---|
| Brian J Cook, Victoria Velasquez Cook | ADVERSARY NO.: |
| | NOTICE OF APPEAL FILED: 05/26/2017 |
| | NOTICE OF CROSS APPEAL FILED: |
| | BANKRUPTCY CASE FILED: 01/20/2015 |
| | APPEAL DOCKET ENTRY NO.: 345 |
| Debtor(s) | |
| vs. Plaintiff(s) | **NOTICE OF REFERRAL OF APPEAL** |
| Defendant(s) | |

To all parties in interest, and the:

☐ Bankruptcy Appellate Panel of the Ninth Circuit
☒ United States District Court, Central District of California

You are hereby notified that the following document(s) have been filed at the Bankruptcy Court.

☐ Motion for Leave to Appeal
☐ Answer in opposition to Motion for Leave to Appeal
☒ Notice of Appeal and Statement of Election
☐ Notice of Cross-Appeal
☐ Appellant's Statement of Election to Transfer Appeal to the District Court
☐ Other (*specify*):

By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U.S. District Court, as indicated above.

I certify that a true copy of the Notice of Appeal and Statement of Election, Notice of Referral of Appeal, Transcript Order Form, and Notice of Transcript were served on each of the parties listed in the Appeal, together with a copy of the Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit, as applicable.

Kathleen J. Campbell
Clerk of Court

Date: 05/30/2017     By: SONNY MILANO
Deputy Clerk

# NOTICE OF APPEAL SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

   ☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
   ☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

   Office of the United States Trustee
   ☒ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
   ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
   ☐ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
   ☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
   ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

   Other parties served by NEF:

   REFER TO ATTACHED LIST

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| REX TRAN, ESQ. (SBN 262625)<br>The Law Offices of Chen & Tran<br>1633 E 4th St #214, Santa Ana, CA 92701<br>rtran@chentranlaw.com<br><br>THERESA J. MACELLARO (SBN 147866)<br>The Macellaro Firm<br>124 Brooks Avenue<br>Venice, CA 90291<br>(310) 399-8585 Tel; (310) 399-8686 Fax<br>tjmesq@hotmail.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Theresa Macellaro, Creditor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>BRIAN COOK AND VICTORIA VELASQUEZ COOK<br><br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-10768-RK<br><br>ADVERSARY NO.:<br>*(if applicable)*<br><br>CHAPTER: 7 |
|---|---|
| EDWARD FRANOWICZ, an individual, LARISSA GALLAGHER, an individual,<br><br><br>Plaintiff(s) *(if applicable)*.<br>vs.<br>BRIAN J. COOK, an individual, and VICTORIA VELASQUEZ COOK, an individual,<br><br><br><br>Defendant(s) *(if applicable)*. | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Theresa J. Macellaro

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other *(describe)*:

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☒ Creditor
☐ Trustee
☐ Other *(describe)*:

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   Order Granting Motion for Order Authorizing Compromise of Controversy with Edward Franowicz and Larissa Gallagher Pursuant to Federal Rule of Bankruptcy Procedure 9019 and Authorizing the Sale of Property of the Estate Pursuant to 11 U.S.C. § 363.
2. The date the judgment, order, or decree was entered: 05/16/2017

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Edward Franowicz and Larissa Gallagher, Plaintiffs

   Attorney:

   James Andrew Hinds, Jr.
   HINDS & SHANKMAN, LLP
   21257 Hawthorne Blvd., Second Floor
   Torrance, CA 90503
   Tel: (310) 316-0500

2. Party: Heide Kurtz, Trustee

   Attorney:

   Lei Lei Wang Ekvall
   SMILEY WANG-EKVALL, LLP
   3200 Park Center Drive, Suite 250
   Costa Mesa, CA 92626
   Tel: (714) 445-1000

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

*Theresa J. Macellaro*    Date: 05/26/2017
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

| In re: <br> **Brian J Cook** <br> **Victoria Velasquez Cook** <br> Debtor(s). | CHAPTER: **7** <br> CASE NUMBER: **2:15-bk-10768-RK** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1633 E 4th St #214
Santa Ana, CA 92701

A true and correct copy of the foregoing document entitled (*specify*): __Notice of Appeal and Statement of Election__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 26, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **May 26, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 26, 2017 | REX TRAN | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **9013-3.1.PROOF.SERVICE**

| In re: <br> **Brian J Cook** <br> **Victoria Velasquez Cook** <br> Debtor(s). | CHAPTER **7** <br> CASE NUMBER **2:15-bk-10768** |
|---|---|

## SERVICE LIST

**SERVICE BY MAIL**

Judges Copy
Honorable Robert Kwan
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

**ELECTRONIC SERVICE**

Kyra E Andrassy on behalf of Trustee Heide Kurtz (TR)
kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Robert D Bass on behalf of Joint Debtor Victoria Velasquez Cook
rbass@greenbass.com, rholland@greenbass.com;ecfnotification@greenbass.com

Lei Lei Wang Ekvall on behalf of Trustee HEIDE KURTZ
lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com

Richard H Golubow on behalf of Creditor Mark Hartman
rgolubow@winthropcouchot.com,
pj@winthropcouchot.com;vcorbin@winthropcouchot.com;mconour@winthropcouchot.com

Andrew Goodman
agoodman@andyglaw.c

James Andrew Hinds, Jr on behalf of Edward A. Franowicz and Larissa Gallagher
jhinds@jhindslaw.com, zbilowit@jhindslaw.com

Toriana S Holmes on behalf of Creditor Ally Financial Serviced by Ally Servicing LLC
tsh@severson.com

Merdaud Jafarnia on behalf of Creditor U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust
bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com

Monica Y Kim on behalf of Interested Party State Bank of Lincoln
myk@lnbrb.com, myk@ecf.inforuptcy.com

Yi S Kim on behalf of Joint Debtor Victoria Velasquez Cook
ykim@greenbass.com, ksopky@greenbass.com;ecfnotification@greenbass.com

Heide Kurtz (TR)
trustee@hkurtzco.com, C169@ecfcbis.com

Theresa J Macellaro on behalf of Interested Party Courtesy NEF
tjmesq@hotmail.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                         F 9013-3.1

| In re: | | CHAPTER 7 |
|---|---|---|
| **Brian J Cook** | | CASE NUMBER **2:15-bk-10768** |
| **Victoria Velasquez Cook** | Debtor(s). | |

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)
alvin.mar@usdoj.gov

Carmela Pagay on behalf of Interested Party State Bank of Lincoln
ctp@lnbyb.com

Paul R Shankman on behalf of Edward Franowicz and Larissa Gallagher
pshankman@jhindslaw.com

Nathan F Smith on behalf of Creditor Caliber Home Loans, Inc.
nathan@mclaw.org, CACD_ECF@mclaw.org

Rachel M Sposato on behalf of Edward Franowicz and Larissa Gallagher
rsposato@jhindslaw.com, mduran@jhindslaw.com

Rex Tran on behalf of Brian J Cook and Victoria Velasquez Cook
rtran@chentranlaw.com, chentranlawecf@gmail.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Brian Barouir Yeretzian on behalf of Attorney Courtesy NEF
byeretzian@jhindslaw.com, yeretzian@gmail.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009                                                                                        F 9013-3.1

**SMILEY WANG-EKVALL, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@swelawfirm.com
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:  714 445-1000
Facsimile:   714 445-1002

Attorneys for Heide Kurtz, Chapter 7 Trustee

FILED & ENTERED

MAY 16 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re

BRIAN J. COOK and VICTORIA VELASQUEZ COOK,

Debtors.

Case No. 2:15-bk-10768-RK

Chapter 7

**ORDER GRANTING MOTION FOR ORDER AUTHORIZING COMPROMISE OF CONTROVERSY WITH EDWARD FRANOWICZ AND LARISSA GALLAGHER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AND AUTHORIZING THE SALE OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 363**

DATE:   May 9, 2017 and May 15, 2017
TIME:   2:30 p.m. and 1:30 p.m.
CTRM:  1675
           255 E. Temple Street
           Los Angeles, California 90012

On May 9, 2017, at 2:30 p.m. and on May 15, 2017, at 1:30 p.m., the Court held hearings on the motion (the "Motion") of Heide Kurtz, the chapter 7 trustee of the bankruptcy estate (the "Estate") of Brian J. Cook and Victoria Velasquez Cook ("Trustee"), for an order authorizing a compromise of controversy with Edward Franowicz and Larissa Gallagher pursuant to Federal Rule of Bankruptcy Procedure 9019(a) and authorizing the sale of property of the estate pursuant to 11 U.S.C. § 363. Appearances at the hearings were as noted on the record. For the reasons urged in the pleadings filed by the Trustee and by Edward Franowciz and Larissa Gallagher and as stated on the record and the opposition to the Motion having been overruled,

**IT IS HEREBY ORDERED AS FOLLOWS:**

(1) The Motion is granted, and the Trustee is authorized to enter into the settlement agreement (the "Agreement") that is attached as Exhibit "6" to the Motion pursuant to Federal Rule of Bankruptcy Procedure 9019(a);

(2) The terms of the Agreement are approved;

(3) As contemplated by the Agreement and the Purchase and Sale Agreement attached to the Motion as Exhibit "7," the Trustee is authorized under 11 U.S.C. § 363(b) and (f) to sell the Estate's interest in the real property located at 40 Hermosa Avenue, Hermosa Beach, California (APN 4188-014-090) to Edward Franowicz and Larissa Gallagher for the purchase price set forth in the Agreement, with the sale to be free and clear of liens and encumbrances, with the liens to be paid from the proceeds of the sale at the close of escrow, specifically, with the consent of the secured lender, Caliber, as indicated by the agreement for the "Caliber Reduction" pursuant to 11 U.S.C. § 363(f)(2) and Caliber's lack of opposition to the motion. The sale is "as is, where is" and without any representations or warranties;

(4) The court finds that under the circumstances here, Edward Franowicz and Larissa Gallagher are good faith purchasers entitled to the protections of 11 U.S.C. § 363(m);

2697905.1                                1                                ORDER

Case 2:15-bk-10768-RK    Doc 341    Filed 05/16/17    Entered 05/16/17 16:41:58    Desc
Main Document    Page 3 of 3

(5)  The evidentiary objections of the Debtors and Creditor Theresa Macellaro to the initial declaration of Trustee Heide Kurtz that was submitted in support of the Motion are overruled, the evidentiary objections of the Debtors and Creditor Theresa Macellaro to the initial declaration of Edward Franowicz submitted in support of the Motion are sustained, and the evidentiary objections of Edward Franowicz and Larissa Gallagher to the declaration of Theresa Macellaro are sustained.

(6)  The lodging periods for this Order that are imposed by Local Bankruptcy Rule 9021-1 and any other applicable bankruptcy rules are waived, and the automatic stay of enforcement of this Order pursuant to Federal Rule of Bankruptcy Procedure 6004(h) is also waived because time is of the essence pursuant to the terms of the settlement.

IT IS SO ORDERED.

###

Date: May 16, 2017

Robert Kwan
United States Bankruptcy Judge

# Mailing Information for Case 2:15-bk-10768-RK

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Kyra E Andrassy    kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
- Robert D Bass    rbass@greenbass.com, rholland@greenbass.com;ecfnotification@greenbass.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Andrew Goodman    agoodman@andyglaw.com
- James Andrew Hinds    jhinds@jhindslaw.com, zbilowit@jhindslaw.com
- Toriana S Holmes    tsh@severson.com
- Merdaud Jafarnia    bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- Yi S Kim    ykim@greenbass.com, ksopky@greenbass.com;ecfnotification@greenbass.com
- Heide Kurtz (TR)    trustee@hkurtzco.com, C169@ecfcbis.com
- Theresa J Macellaro    tjmesq@hotmail.com
- Alvin Mar    alvin.mar@usdoj.gov
- Carmela Pagay    ctp@lnbyb.com
- Paul R Shankman    pshankman@jhindslaw.com
- Nathan F Smith    nathan@mclaw.org, CACD_ECF@mclaw.org
- Rachel M Sposato    rsposato@jhindslaw.com, mduran@jhindslaw.com
- Rex Tran    rtran@chentranlaw.com, chentranlawecf@gmail.com;r42731@notify.bestcase.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Brian Barouir Yeretzian    byeretzian@jhindslaw.com, yeretzian@gmail.com

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

| In re: | |
|---|---|
| | CASE NO.: |
| | CHAPTER: \*\*Select Chapter\*\* |
| | ADVERSARY NO.:<br>(if applicable) |
| | DATE NOTICE OF APPEAL FILED: |
| | DATE NOTICE OF CROSS APPEAL FILED: |
| Debtor(s). | APPEAL DOCKET ENTRY NO.: |
| Plaintiff(s),<br>vs.<br><br><br>Defendant(s). | **NOTICE OF TRANSCRIPT(S) DESIGNATED FOR AN APPEAL** |

Notice is given to the court and other parties in interest that the following action was taken:

☐    I do not intend to designate any portion of the transcript(s).

☐    I requested a copy of the transcript(s).

　　1.　Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
　　　　Date (*specify*) _____ transcript was requested.

　　2.　Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
　　　　Date (*specify*) _____ transcript was requested.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                                 Page 1                                F 8004-1.1.NOTICE.TRANSCRIPT

3. Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
   Date (*specify*) _____ transcript was requested.

4. Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
   Date (*specify*) _____ transcript was requested.

5. Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
   Date (*specify*) _____ transcript was requested.

☐ I intend to designate the following transcript(s) previously docketed:

1. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript (*specify*) _____

2. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript (*specify*) _____

3. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript (*specify*) _____

4. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript (*specify*) _____

5. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript (*specify*) _____

Date: 05/30/2017

_____
Printed name of law firm

_____
Signature

_____
Printed name

_____
Attorney for (*specify*)

Instructions
This Notice cannot be used to order a transcript. To order a transcript, use the court approved Transcript Order Form on the court's website at www.cacb.uscourts.gov/transcripts.

This Notice must be served on opposing counsel and filed with the court within 14 days of the filing of the Notice of Appeal.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                    Page 2                           F 8004-1.1.NOTICE.TRANSCRIPT

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF TRANSCRIPT(S) DESIGNATED FOR AN APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|------|--------------|-----------|

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# TRANSCRIPT ORDERING INSTRUCTIONS

## TRANSCRIPT REQUESTS
A separate form must be completed for each hearing date requested. Select a Transcription Service Provider from the attached Court-approved list of transcribers and complete the *Transcript Order form*.

Four (4) types of transcript requests:
- **Ordinary:** A transcript to be delivered within thirty (30) calendar days after receipt of the deposit.
- **14 Days:** A transcript to be delivered within fourteen (14) calendar days after receipt of the deposit.
- **Expedited:** A transcript to be delivered within seven (7) calendar days after receipt of the deposit.
- **Daily:** A transcript to be delivered within 24 hours after receipt of the deposit.

## 341(a) MEETING OF CREDITORS:
The Meeting of Creditors is recorded by the Trustee. The Court does not keep or provide a copy of the recording. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16.

## FILE THE TRANSCRIPT ORDER FORM
Parties with an ECF account must file the Transcript Order Form in CM/ECF on the related case docket. Use docket event "*Transcript Order Form (Public Request)*." As with all ECF filings, the completed PDF *Transcript Order Form* must be "flattened" before electronically filing through ECF (click here to view the procedure). Self-represented litigants and parties without an ECF account may hand-deliver or mail the form to the division where the hearing was held.

**\*NOTE: The Court does not accept transcript requests via fax, email or telephone.**

## TRANSCRIPT PROCESSING
The Court does not transcribe court proceedings. When a *Transcript Order Form* is received, the Court will forward the hearing information to the Transcription Service Provider you designate on the Transcript Order Form. The Transcription Service Provider will contact you regarding receipt of the transcript. Thereafter, contact the Transcription Service Provider directly if you have questions regarding your transcript order. Transcripts cannot be picked up at the Court. For more information, go to www.cacb.uscourts.gov/track-transcript-status.

## TRANSCRIPT COSTS/FORMS OF PAYMENT
The Transcription Service Provider will contact you directly regarding transcript costs and forms of payment. Rates may vary but may not exceed maximum charges set by the Judicial Conference of the United States (maximum rates are listed at www.cacb.uscourts.gov/transcripts).

## COPIES OF TRANSCRIPTS
Once the *Transcript Order Form* requesting a transcript of a hearing is entered on the related case docket, a Transcription Service Provider is designated and materials for transcription are sent by the Court to the designated Transcription Service Provider. If more than one party files a *Transcript Order Form* for the same hearing, the first *Transcript Order Form* on the docket takes precedence. All other parties that wish to obtain a transcript of the same hearing are to contact the Transcription Service Provider designated on the case docket.

Completed transcripts are filed by the transcriber on the related case docket and restricted for 90 days from the filed date as set forth in the *Guide to Judiciary Policy* Vol. 6, §510.25.10. During the 90-day restriction period, the transcript may be viewed at the Clerk's Office on a public computer terminal or a copy purchased from the designated Transcription Service Provider that created the original transcript. For more information see *Transcript Ordering Instructions,* section 1.15 of the Court Manual at www.cacb.uscourts.gov/court-manual.

**COURT LOCATIONS**

Self-represented litigants and parties without an ECF account may hand-deliver or mail the form to the division where the hearing was held.

| *DIVISION | ADDRESS |
|---|---|
| **Los Angeles (LA)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>255 E. Temple Street Suite 940<br>Los Angeles, CA 90012<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Northern (ND)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>1415 State Street<br>Santa Barbara, CA 93101<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Riverside (RS)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>3420 Twelfth Street<br>Riverside, CA 92501<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **San Fernando Valley (SV)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Santa Ana (SA)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>411 West Fourth Street<br>Santa Ana, CA 92701<br>Attn: Transcript Orders (name of Judge who held the hearing) |

**\*NOTE: The Court does not accept transcript requests via fax, email or telephone.**



# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## APPROVED TRANSCRIPTION SERVICE PROVIDERS

**BEN HYATT CERTIFIED DEPOSITION REPORTERS**
17835 Ventura Blvd., Suite 310
Encino, CA 91316
Ph: (888) 272-0022, ext. 201 or ext. 206
Fax: (818) 343-7116
Email: mhyatt@benhyatt.com
www.BenHyatt.com

**BRIGGS REPORTING CO., INC.**
4455 Morena Boulevard, Suite 104
San Diego, CA 92117
Ph: (310) 410-4151
Fax: (858) 453-9625
Email: briggs_reporting@sbcglobal.net

**ECHO REPORTING, INC.**
4455 Morena Boulevard, Suite 104
San Diego, CA 92117
Ph: (858) 453-7590
Fax: (858) 453-9625
Email: echoreporting@yahoo.com
www.EchoReportinginc.com

**eSCRIBERS, LLC**
7227 N 16th Street, Suite 207
Phoenix, AZ 85020
Ph:(213) 943-3843
Fax: (973) 954-5619
Email: operations@escribers.net
www.eScribers.net

**EXCEPTIONAL REPORTING SERVICES, INC.**
14633 S. Padre Island Drive, Suite 103
Corpus Christi, TX 78418
Ph:(361) 949-2988, ext. 0
Fax: (361) 949-7799
Email: transcripts@exceptionalreporting.com
www.ExceptionalReporting.com

**J & J COURT TRANSCRIBERS, INC.**
268 Evergreen Avenue
Hamilton, NJ 08619
Ph: (609) 586-2311
Fax: (609) 587-3599
Email: JJcourt@JJcourt.com
www.JJcourt.com



ORDER No. _____

**UNITED STATES BANKRUPTCY COURT**
CENTRAL DISTRICT OF CALIFORNIA

CHAPTER _____

APPEAL?  ☐Yes ☐No

**TRANSCRIPT ORDER FORM**

APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: _____ Attorney Bar# _____

Law Firm: _____

Mailing Address: _____

_____

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\*** ): _____

Telephone: (_____)_____ E-mail: _____

Bankruptcy Case #: _____ Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): _____Time: _____

Debtor: _____

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: _____Courtroom #: _____

**TRANSCRIBER**: _____**ALTERNATE**: _____
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:** NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)          ☐ Entire Hearing
☐ 14 Days                     ☐ Ruling/Opinion of Judge only
☐ Expedited (7 days)          ☐ Testimony of Witness _____
☐ Daily (24 hours)            ☐ Other*             (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

**TO BE COMPLETED BY THE COURT**

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)
(Tape #:\_\_\_\_)Time Start (Index #): _____Time End (Index #): \_\_\_\_\_Time Start: _____Time End: \_\_\_\_\_

(Tape #:\_\_\_\_)Time Start (Index #): _____Time End (Index #): \_\_\_\_\_Time Start: _____Time End: \_\_\_\_\_

Court Recorder: _____Division:_____Processed by: _____

**\*\*TRANSCRIBER INSTRUCTIONS**

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. Oct 2016. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*